THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICKY DAVIS, Defendant-Appellant.

(No. 59689; )

First District (2nd Division)—October 15, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Anthony Pinelli, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Dienes, Assistant State's Attorneys, of counsel), for the People.